1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7000
       Facsimile: (415) 436-6748
7
   Attorneys for the United States of America
8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
10
   **WOODLAWN FOUNDATION,**                )
11                                          )   **Case No. 06-3113-CRB**
           **Plaintiff,**                   )
12                                          )
           v.                               )   **PARTIES' STIPULATED**
13                                          )   **REQUEST TO EXTEND**
   **UNITED STATES OF AMERICA,**            )   **DEADLINE TO RESPOND TO**
14                                          )   **COMPLAINT AND TO**
           **Defendant.**                   )   **CONTINUE CASE MANAGEMENT**
15   _____        )   **CONFERENCE AND [~~PROPOSED~~**
                                            )    **ORDER**
16   _____        )

17         **IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY**

18  **REQUESTED** by and between the parties to this action, as reflected by the signatures of their

19  respective counsel as set forth below, that the deadline to respond to the complaint is extended

20  from July 17, 2006 to August 14, 2006, and the case management conference currently set for

21  August 18, 2006, at 8:30 a.m. be continued to September 8, 2006 at 8:30 a.m. The grounds for

22  this stipulated request are:

23         1.     The Internal Revenue Service has requested additional time to obtain its

24  administrative records in this case.  The requested records are necessary to meaningfully respond

25  to the allegations set forth in the complaint.

26         2.     The case management conference currently scheduled for August 18, 2006.

27  Counsel for the United States has two court appearances scheduled on that date, at the same time.

28  Rescheduling the case management conference to September 8, 2006 would allow counsel for the

United States to appear at both.

Accordingly, the parties respectfully request that the Court continue the deadline to respond to the complaint to August 14, 2006 and to continue the case management conference to September 8, 2005, at 8:30 a.m.

Respectfully submitted,

CARR, McClellan, INGERSOLL,
THOMPSON & HORN

Dated: *July 6, 2006*           */s/ Lage Anderson*
LAGE ANDERSON
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: *July 6, 2006*      By:  */s/ Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Attorneys for the United States of America

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the deadline to respond to the complaint is extended from July 17, 2006 to August 14, 2006.

**IT IS FURTHER HEREBY ORDERED** that the case management conference date currently scheduled for August 18, 2006, at 8:30 a.m. is continued to September 8, 2006, at 8:30 a.m.

Dated:   Juy 7, 2006

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Charles R. Breyer]

2