1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7000
   Facsimile: (415) 436-6748

   Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| WOODLAWN FOUNDATION, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 06-3113-CRB |
| v. | ) | **PARTIES' STIPULATED REQUEST FOR ORDER OF CONDITIONAL DISMISSAL AND [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** by and between the parties to this action, as reflected by the signatures of their respective counsel as set forth below, that the parties have reached a settlement in principle which would resolve all issues.

The parties request that the Court enter a conditional dismissal for a period of 120 days to allow the government to submit the settlement offer to the Assistant Attorney General of the Tax Division, Washington D.C. for approval and to submit the settlement offer to Woodlawn Foundation for approval.

Respectfully submitted,

CARR, McClellan, INGERSOLL,
THOMPSON & HORN

Dated: February 21, 2007          */s/ Lage Anderson*
                                   LAGE ANDERSON
                                   Attorney for Plaintiff

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: February 21, 2007 | By:  */s/ Cynthia Stier*<br>CYNTHIA STIER<br>Assistant United States Attorney<br>Attorneys for the United States of America |

### ORDER

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 120 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED. IT IS SO ORDERED.

Dated: February 26, 2007



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE