1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7000
      Facsimile: (415) 436-6748
7
   Attorneys for the United States of America
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WOODLAWN FOUNDATION, ) | |
| ) | Case No. 06-3113-CRB |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT REQUEST TO** |
| ) | **EXTEND DEADLINE TO** |
| UNITED STATES OF AMERICA, ) | **REOPEN CASE** |
| ) | **AND [PROPOSED] ORDER** |
| Defendant. ) | |

Plaintiff, Woodlawn Foundation, and Defendant, United States of America, respectfully request that this Court extend the deadline to reopen this case for an additional ninety (90) days, from June 26, 2007 to September 24, 2007. The parties submit that additional time is necessary to prepare and send out proxy materials related to the settlement of this case to the members of Plaintiff.

                                                Respectfully submitted,

                                                CARR, McClellan, INGERSOLL,
                                                THOMPSON & HORN

Dated: 6/1/07                            */s/ Lage Anderson*
                                                LAGE ANDERSON
                                                Attorney for Plaintiff

//

//

|  |  |
|---|---|
|  | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: 6/5/07 | By: */s/ Cynthia Stier*<br>CYNTHIA STIER<br>Assistant United States Attorney<br>Attorneys for the United States of America |

## ORDER

Pursuant to the Joint Request of the Parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the date by which any party must notify the Court to reinstate this case, as set forth in this Court's Order entered February 27, 2007, is extended for an additional ninety-days, to September 24, 2007.

IT IS SO ORDERED.

Dated: 06/06/07

THE HONORABLE CHARLES W. BREYER
UNITED STATES DISTRICT JUDGE

*Judge Charles R. Breyer*

Joint Request to Extend
Deadline to Reopen Case
and [proposed] Order,
Case No. 06-3113-CRB

2