SCOTT SCHOOLS (SCBN 9990)
United States Attorney

THOMAS MOORE (ASBN 4305-O78T)
Acting Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Facsimile: (415) 436-6748

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WOODLAWN FOUNDATION, ) | |
|     **Plaintiff,** ) | Case No. 06-3113-CRB |
| ) | |
|     v. ) | **PARTIES' SECOND STIPULATED** |
| ) | **REQUEST TO EXTEND** |
| UNITED STATES OF AMERICA, ) | **THE DEADLINE TO** |
| ) | **REOPEN CASE AND** |
|     **Defendant.** ) | ~~[proposed]~~ **ORDER** |
| ) | |
| ) | |

    **IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** by and between the parties to this action, as reflected by the signatures of their respective counsel as set forth below, that the deadline to reopen this case should be extended for an additional one-hundred ninety days, from September 25, 2007 to April 1, 2008, for the reasons set forth below.  This Court previously granted the parties request to extend the deadline to reopen the case for ninety (90) days, from June 26, 2007 to September 24, 2007.  However, the parties are seeking a further extension in order to consummate the terms of the proposed settlement pursuant to the timeline described below.

    1.    The parties have negotiated concrete terms of a potential settlement, subject to the approval by the United States Department of Justice, Tax Division, Washington, D.C.  The Internal Revenue Service has been involved in negotiating the terms of the settlement proposal and are in agreement with those terms.  Accordingly, it is necessary to seek approval by the Tax

1   Division, as well as implement steps in order to determine whether the settlement terms will
2   resolve this litigation.  The parties submit that additional time is necessary
3   The parties contemplate the following timeline for settlement:
4          a. By September 24, 2007, the Internal Revenue Service will provide written comments to
5   the proxy materials that Woodlawn Foundation ("Woodlawn") has drafted for presentation of the
6   settlement to its Board members for their approval.
7          b. By October 1, 2007, the Internal Revenue Service will provide written comments to the
8   articles that Woodlawn will review and present to its Board for approval of the settlement.
9          c. By October 31, 2007, Woodlawn will file a new Form 1024 with the Internal Revenue
10  Service.  Concurrently, Woodlawn will submit its written settlement proposal to the United States
11  for consideration by the Tax Division, Washington, D.C.
12         d. By December 12, 2007, if necessary, Woodlawn members vote on the settlement
13  proposal.
14         e. Subject to approval of the settlement by the Tax Division, by January 31, 2008, the
15  Internal Revenue Service will issue a favorable determination letter, retroactive to January 1,
16  2001.
17         2. The above recited timeline assumes that everything occurs on schedule.  In the event
18  that the Form 1024 and/or member vote is delayed, the Internal Revenue Service determination
19  letter would also be delayed.  Accordingly, the parties represent to the Court that they will
20  diligently strive to meet the
21  //
22  //

Stipulated Request to Extend
Deadline to Reopen Case,
Case No. 06-3113-CRB                    2

1  deadlines proposed above, however, in the event of an unforseen delay, the parties request
2  additional time until April 1, 2008, to consummate the terms of the proposed settlement.
3      3. In the event that this Court denies this request to extend the deadline to reinstate the
4  case, the parties seek to have the case reinstated.

Respectfully submitted,

CARR, McClellan, INGERSOLL,
THOMPSON & HORN

Dated: *September 20, 2007*       */s/ Lage Andersen*
LAGE ANDERSEN
Attorney for Plaintiff

SCOTT SCHOOLS
United States Attorney

Dated: *September 20, 2007*     By:   */s/ Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Attorneys for the United States of America

### ORDER

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the date by which any party must notify the Court to reinstate this case, as set forth in this Court's Orders entered February 27, 2007, ane June 6, 2007, and is extended for an additional one-hundred ninety-days, to April 1, 2008.

IT IS SO ORDERED.

Dated:    09/21/07

THE HONORABLE CHARLES W. BREYER
DISTRICT JUDGE

Stipulated Request to Extend
Deadline to Reopen Case,
Case No. 06-3113-CRB

3