JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WOODLAWN FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____)<br>)<br>_____) | Case No. 06-3113-CRB<br><br>**PARTIES' THIRD STIPULATED REQUEST TO EXTEND DEADLINE TO REOPEN CASE AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** by and between the parties to this action, as reflected by the signatures of their respective counsel as set forth below, that the deadline to re-open this case should be extended for an additional ninety-one (91) days, from April 1, 2008 to July 1, 2008.

1. The parties have outlined the lengthy settlement process in their Second Stipulated Request to Extend the Deadline to Reopen Case.

2. The settlement proposal was submitted to the Department of Justice, Tax Division, on March 3, 2008. Because of the dollar amount at issue in this case, a second level of review by the Office of Review is necessary.

//

//

3. The United States anticipates that all governmental review and IRS approval, if necessary, can be completed by July 1, 2008.

Respectfully submitted,

CARR, McClellan, INGERSOLL,
THOMPSON & HORN

Dated: March 6, 2008  /s/ *Lage Andersen*
LAGE ANDERSEN
Attorney for Plaintiff


JOSEPH RUSSONIELLO
United States Attorney

Dated: March 6, 2008   By:  /s/ *Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Attorneys for the United States of America

## ORDER

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the deadline to reopen this case is extended from April 1, 2008, to July 1, 2008.

Dated: March 7, 2008
THE HONORABLE CHARLES W. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer